IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 03 2016

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| | |
|---|---|
| PAIGE GREENWELL and ZACHARY FLUKER, on behalf of themselves and all other persons similarly situated, known and unknown, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| R WINGS R WILD, LLC, CONWAY WILD WINGS, LLC, NORTH LITTLE ROCK WINGS, LLC, and JEROMY HOWARD, individually, | ) ) ) ) |
| Defendants. | ) ) ) |

Case No. 4:15-cv-00742-DPM

Judge Marshall

JURY TRIAL DEMANDED

## FIRST AMENDED CLASS AND COLLECTIVE ACTION COMPLAINT

Plaintiffs Paige Greenwell and Zachary Fluker, on behalf of themselves and all other persons similarly situated, known and unknown, through their attorneys and for their First Amended Complaint against Defendants R Wings R Wild, LLC ("R Wings"), Conway Wild Wings, LLC ("Conway Wings"), North Little Rock Wings, LLC ("North Little Rock Wings") and Jeromy Howard ("Howard"), individually, state as follows:

### Nature of Plaintiffs' Claims

1.     This lawsuit arises under Arkansas Minimum Wage Act ("AMWA"), Ark. Code Ann. § 11-4-201 *et seq.*, and the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, for Defendants' failure to pay Plaintiffs and other tipped employees all earned minimum wages.

2.     On information and belief, Defendant Howard is an owner and operator of franchised "Buffalo Wild Wings" ("BWW") restaurants in Arkansas, Texas, and Oklahoma.

3.     Defendants R Wings, Conway Wings, and North Little Rock Wings are the corporate entities under which Defendant Howard's BWW restaurants operate in Little Rock, Conway, and Sherwood, Arkansas, respectively.

4.     Plaintiffs and the persons they seek to represent are current and former tipped employees working as servers and bartenders at Defendant Howard's BWW restaurants, including but not limited to those operated under Defendants R Wings, Conway Wings, and North Little Rock Wings.

5.     Defendants pay their tipped employees sub-minimum hourly wages under the tip-credit provisions of the FLSA and, in Arkansas, the AMWA.

6.     The AMWA and FLSA permit employers of tipped employees to pay wages less than the minimum wage, so long as employers comply with all of the requirements of the tip-credit provisions of those laws.  Defendants willfully disregarded those requirements, and thus violated state and federal minimum wage laws, by: (1) regularly requiring tipped employees, paid sub-minimum wages, to perform duties outside the scope of their tipped positions, including portioning dressings in the back of the house, slicing fruit, rolling silverware, washing cups, glassware, silverware, or food platters, and cleaning the restaurants; and (2) requiring tipped employees to reimburse Defendants from their tips for customer walkouts and cash register mistakes.

**The Parties**

7.     Plaintiff Greenwell resides in and is domiciled in Illinois.

8.     From approximately July 2013 through October 2013, Plaintiff Greenwell was employed by Defendants R Wings and Howard as a server at their BWW restaurant in Little

Rock, Arkansas.

9.     During the entire course of her employment by Defendants, Plaintiff Greenwell was paid approximately $2.63 per hour to work as a server, regardless of the job duties she was required to perform.

10.     Plaintiff Fluker resides in and is domiciled in West Helena, Arkansas.

11.     From approximately December 2012 to May 2013, Defendants employed Plaintiff Fluker as a server at their restaurant in Sherwood, Arkansas. During that time, Plaintiff Fluker also worked occasional workweeks as a server at Defendants' restaurant in Conway, Arkansas. From approximately May 2013 to August or September 2013, Defendants employed Plaintiff Fluker as a server at their restaurant in Little Rock, Arkansas. Finally, from approximately January or February 2014 to June 2014, Defendants employed Plaintiff Fluker as a server at their restaurant in Sherwood, Arkansas.

12.     During the entire course of his employment by Defendants, Plaintiff Fluker was paid approximately $2.63 per hour to work as a server, regardless of the job duties he was required to perform.

13.     R Wings is an Arkansas corporation with its principal place of business in Little Rock, Arkansas. R Wings is the corporation under which Defendant Howard's Little Rock, Arkansas BWW restaurant operates.

14.     Conway Wings is an Arkansas corporation with its principal place of business in Conway, Arkansas. Conway Wings is the corporation under which Defendant Howard's Conway, Arkansas BWW restaurant operates.

15.     North Little Rock Wings is an Arkansas corporation with its principal place of business in Sherwood, Arkansas. North Little Rock Wings is the corporation under which Defendant Howard's Sherwood, Arkansas BWW restaurant operates.

16.     Upon information and belief, Defendant Howard resides in Oklahoma City, Oklahoma.

17.     Upon information and belief, Defendant Howard is an owner, shareholder, corporate officer, or voting member/manager of approximately eighteen (18) BWW restaurants in Arkansas, Oklahoma, and Texas, including those operated through Defendants R Wings, Conway Wings, and North Little Rock Wings.[1]

18.     Defendant Howard has control over day to day business operations of his BWW restaurants, including those operated under Defendants R Wings, Conway Wings, and North Little Rock Wings.  Among other things, Defendant Howard has the authority to hire and fire employees, the authority to direct and supervise the work of employees, the authority to sign on each corporation's checking accounts, including payroll accounts, and the authority to participate in decisions regarding employee compensation and capital expenditures. Defendant Howard controls the "purse strings" of his BWW restaurants, including those operated under Defendants R Wings, Conway Wings, and North Little Rock Wings: he signs the corporate checks without

---

[1]     On information and belief, Defendant Howard is also an owner, shareholder, corporate officer, or voting member/manager of the following corporations under which certain of his other BWW restaurants operate: Fort Smith Fiery Hot, LLC (Fort Smith, Arkansas location), Jonesboro Wings, LLC (Jonesboro, Arkansas location), Wingit, LLC (Broken Arrow, Oklahoma location), I-40 Wings, LLC (Oklahoma City, Oklahoma location), Edmond Wings LLC (Edmond, Oklahoma location), Rwings Rock, LLC (Tulsa, Oklahoma location), Tulsa Wings, LLC (Tulsa, Oklahoma location), Shawnee Wings LLC (Shawnee, Oklahoma location), Middelwings, LLC (Del City, Oklahoma location), Wild Wings West, L.L.C. (Moore, Oklahoma location), Owasso Wings LLC (Owasso, Oklahoma location), and Yukon Wings, LLC (Yukon,

limitation as to amount, provides funds to purchase goods and pay employees, and has authority

to sign on the checking accounts from which Plaintiffs were paid.

19.     Defendant Howard's BWW restaurants, including those operated under

Defendants R Wings, Conway Wings, North Little Rock Wings, and the corporations listed in

Footnote 1 to Paragraph 17 of this First Amended Complaint, are engaged in related activities

performed for a common business purpose, through unified operation or common control,

including the use of common management employees, payroll and human resources functions,

and personnel policies and practices that are alleged herein to violate the FLSA and, at the

Arkansas locations, the AMWA.

20.     Defendant Howard's BWW restaurants hold themselves out in job postings as

being part of "the Howard Group," a "franchisee of Buffalo Wild Wings." Ex. A (collection of

job postings).

21.     Each corporate Defendant is an "enterprise" as defined by the FLSA, 29 U.S.C. §

203(r)(1), and each is an enterprise engaged in commerce or in the production of goods for

commerce within the meaning of the FLSA.  29 U.S.C. § 203(s)(1).

**Jurisdiction and Venue**

22.     This Court has federal question jurisdiction over Plaintiffs' FLSA claims, which

arise under 29 U.S.C. § 216(b), pursuant to 28 U.S.C. § 1331.

23.     This Court has supplemental jurisdiction over Plaintiffs' AMWA claims pursuant

to 28 U.S.C. § 1367.

---

Oklahoma location).

24.     Venue is proper in this judicial district because the facts and events giving rise to Plaintiffs' claims occurred in this judicial district. 28 U.S.C. § 1391.

**Rule 23 Class Action Allegations Under the AMWA**

25.     Plaintiffs and the class they seek to represent under the AMWA are current and former tipped employees of Defendants in Arkansas who, at any time since November 25, 2015, were paid sub-minimum, tip-credit rates of pay under the tip-credit provisions of the AMWA.

26.     Plaintiffs and other members of the proposed class worked as servers and bartenders in Defendants' Arkansas restaurants.  Defendants paid those tipped employees an hourly rate less than minimum wages under the tip-credit provisions of the AMWA, typically $2.63 per hour.

27.     An employer may pay "an employee engaged in any occupation in which gratuities have customarily and usually constituted and have been recognized as part of remuneration for hiring purposes" less than minimum wage and may take "an allowance for gratuities [a tip credit] as part of the hourly wage." Ark. Admin. Code, § 010.14-107(E)(1). But an employer may only take a tip credit for "hours worked by the employee in an occupation in which he qualifies as a 'tipped employee.'" *Id.* at § 010.14-107(2)(b). When an employee "is required to work twenty minutes or more in any occupation in which gratuities have not been recognized as part of the remuneration for hiring purposes, the rate for the entire hour shall be at least the applicable minimum wage without a tip credit." *Id.* at § 010.14-107(2)(b) (ii).

28.     Defendants have a practice of regularly requiring employees paid sub-minimum, tip credit wages to perform work in occupations "in which gratuities have not been recognized as part of the remuneration for hiring purposes [*i.e.* dual jobs]" for more than twenty minutes per

6

shift, such as: portioning dressings in the back of the house, slicing fruit, washing cups, glassware, silverware, or food platters, and cleaning the restaurants.

29.     Defendants violated the minimum wage provisions of the AMWA by requiring employees paid sub-minimum, tip credit wages to perform dual jobs for more than twenty minutes per shift without paying them the full minimum wage.

30.     In addition, Defendants violated the AMWA by requiring Plaintiffs and other tipped employees to reimburse Defendants for customer walkouts and cash register mistakes. Ark. Admin. Code, § 10.14-107(b)

31.     Courts have granted class certification in cases alleging similar violations of other states' tip credit provisions. *See, e.g., Driver v. AppleIllinois, LLC*, 265 F.R.D. 293, 311 (N.D. Ill. 2010) (granting class certification on non-tipped duties claim) & *Driver*, No. 06 C 6149, 2012 U.S. Dist. LEXIS 27659, *15 (N.D. Ill. Mar. 2, 2012) (decertification denied); *Clark v. Honey-Jam Cafe, LLC*, 11 C 3842, 2013 WL 1789519 (N.D. Ill. Mar. 21, 2013) (same); *Johnson v. Pinstripes, Inc.*, 12 C 1018, 2013 WL 5408657 (N.D. Ill. Sept. 26, 2013) (same); *Haschak v. Fox & Hound Rest. Grp., et al.*, No. 10 C 8023, 2012 U.S. Dist. 162476, at * 2 (N.D. Ill. Nov. 14, 2012); *Schaefer v. Walker Bros. Enters., Inc.*, 10 6366, 2012 U.S. Dist. LEXIS 65432, *4 (May 7, 2012) (same).

32.     Plaintiffs bring their AMWA claim as a class action pursuant to Fed. R. Civ. P. 23 because the proposed class members are so numerous that joinder of all members is impracticable.

33.     Plaintiffs estimate that throughout the limitations period, Defendants employed in excess of 200 tipped employees in their Arkansas restaurants.

34.     The issues involved in this lawsuit present the following common questions of law and fact: (1) whether Defendants pay their tipped employees sub-minimum hourly wages; (2) whether Defendants require their tipped employees to perform work outside the scope of their tipped occupation; (3) whether Defendants violated the AMWA by paying their tipped employees sub-minimum hourly wages while requiring them to perform work outside the scope of their tipped occupation; (4) whether Defendants required tipped employees to reimburse Defendants for customer walkouts and cash register mistakes; and (5) whether Defendants violated the AMWA by requiring tipped employees to reimburse Defendants for customer walkouts or cash register mistakes.

35.     The common questions of law and fact predominate over the variations which may exist between members of the class, if any.

36.     The individual Plaintiffs and the class of tipped employees on one hand, and Defendants on the other, have a commonality of interest in the subject matter and remedy sought, namely back wages plus liquidated damages, attorneys' fees and the cost of this lawsuit.

37.     Plaintiffs believe and assert that they are able to fairly and adequately represent and protect the interests of the class because they worked as tipped employees at multiple restaurants operated by Defendants in Arkansas and experienced the same practices that Plaintiffs allege violate the AMWA. In addition, Plaintiffs believe they can adequately represent the proposed class because they have engaged counsel that is highly experienced in large-scale wage and hour class and collective actions, like this one.

8

38.     If individual actions were required to be brought by each of the similarly-situated persons injured or affected, it would necessarily result in multiplicity of lawsuits, creating a hardship to the individuals and to the Court, as well as to Defendants.

39.     Accordingly, a class action is an appropriate method for the fair and efficient adjudication of this lawsuit and distribution of the common fund to which the class is entitled.

40.     The books and records of Defendants are material to Plaintiffs' action as they disclose the hours worked by each employee and the rate of pay for that work.

**COUNT I**
**Violation of the Arkansas Minimum Wage Act – Minimum Wages**
**Class Action**
**(As To All Defendants' Arkansas Restaurants)**

41.     Plaintiffs reallege and incorporate the foregoing paragraphs of this Complaint as if stated in this Count I.

42.     This Count I arises from Defendants' violation of the AMWA for their failure to pay minimum wages to Plaintiffs and members of the proposed class of tipped employees when they performed work outside the scope of their tipped occupations for more than twenty minutes per shift.

43.     Plaintiff Greenwell was an "employee" of Defendants R Wings and Howard as defined by the AMWA, A.C.A. § 11-4-203.

44.     Plaintiff Fluker was an "employee" of all Defendants as defined by the AMWA, A.C.A. § 11-4-203.

45.     Defendants R Wings and Howard were Plaintiff Greenwell's "employer[s]" as defined in the AMWA, A.C.A. § 11-4-203.

9

46.     All Defendants were Plaintiff Fluker's "employer[s]" as defined in the AMWA, A.C.A. § 11-4-203.

47.     During their employment by Defendants, Plaintiffs were not exempt from the minimum wage provisions of the AMWA.

48.     Defendants paid Plaintiffs and other tipped employees sub-minimum hourly rates of pay for all hours worked, yet required them to perform work in dual jobs for more than 20 minutes each shift.

49.     Defendants violated the AMWA by failing to pay Plaintiffs and other tipped employees the full applicable minimum wage when they performed work in dual jobs for more than 20 minutes each shift.

50.     Defendants also violated the AMWA by requiring Plaintiffs and other tipped employees to reimburse Defendants for customer walkouts and cash register mistakes.

WHEREFORE, Plaintiffs and the proposed class of tipped employees pray for judgment against Defendants as follows:

A.     Owed minimum wages for all hours worked;

B.     Liquidated damages pursuant to A.C.A. § 11-4-218(a)(2) equal to the amount of unpaid minimum wages;

C.     Attorneys' fees and costs pursuant to A.C.A. § 11-4-218(a)(1)(B)(ii); and

D.     Such other and further relief as this Court deems just and proper.

## COUNT II
### Violation of the Fair Labor Standards Act – Minimum Wages
### Collective Action

51.     Plaintiffs reallege and incorporate the foregoing paragraphs of this Complaint.

52.     This count arises from Defendants' violation of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*., for their failure to pay minimum wages to Plaintiffs and similarly-situated tipped employees.  Plaintiffs bring this Count as a collective action. Plaintiffs' consent forms to act as representative plaintiffs, which were attached to Plaintiffs' original Complaint, are re-attached hereto as Exhibit B.

53.     Since Plaintiffs filed this lawsuit, three individuals who previously worked as tipped employees at Defendant Howard's restaurants in Owasso, Edmond, and Tulsa, Oklahoma, respectively, have filed consents to opt-in to the action. ECF Nos. 12-14.

54.     Plaintiff Greenwell was an "employee" of Defendants R Wings and Howard as defined by the FLSA. 29 U.S.C. § 203(d).

55.     Plaintiff Fluker was an "employee" of all Defendants as defined by the FLSA. 29 U.S.C. § 203(d).

56.     Defendants R Wings and Howard were Plaintiff Greenwell's "employer[s]" as defined by the FLSA. 29 U.S.C. § 203(d).

57.     All Defendants were Plaintiff Fluker's "employer[s]" as defined by the FLSA. 29 U.S.C. § 203(d).

58.     Each Defendant is an "enterprise" as defined by the FLSA, 29 U.S.C. § 203(r)(1), and each is an enterprise engaged in commerce or in the production of goods for commerce within the meaning of the FLSA. 29 U.S.C. § 203(s)(1).

11

59.     Defendants' employees are engaged in interstate commerce and each corporate Defendant's annual gross volume of sales made or business done exceeds $500,000, exclusive of excise taxes.

60.     During their employment by Defendants, Plaintiffs were not exempt from the minimum wage provisions of the FLSA.

61.     Plaintiffs were paid an hourly rate less than minimum wage (approximately $2.63 per hour) to work as servers for Defendants.

62.     In one or more individual work weeks, Plaintiffs' average compensation, excluding tips, fell below minimum wage.

63.     An employer may pay a tipped employee less than minimum wage, that is, take a "tip credit," if the employee receives customer tips in an amount that, together with the sub-minimum wage, equal the minimum hourly wage.  29 U.S.C. § 203(m).  The tip credit provision does not apply to employees working outside the scope of their tipped occupation or to employees who are not permitted to retain their tips. 29 U.S.C. § 203(m); 29 C.F.R. § 531.56(e).

64.     Defendants regularly required Plaintiffs and similarly-situated servers and bartenders to perform duties outside the scope of their tipped occupation, including but not limited to, portioning dressings in the back of the house, slicing fruit, rolling silverware, washing cups, glassware, silverware, or food platters, and cleaning the restaurants, while paying them tip-credit wages.

65.     In addition, Defendants did not permit Plaintiffs and similarly-situated tipped employees to retain all of their tips. Plaintiff Greenwell was required to reimburse Defendants

12

from her tips for cash register mistakes; Plaintiff Fluker was required to reimburse Defendants from customer walkouts.

66.     Defendants' failure to comply with the terms of the minimum wage requirements of the FLSA regarding tip credit, and consequently, Plaintiffs' failure to be paid minimum wage from Defendants, was a willful violation of the Act.

WHEREFORE, Plaintiffs and similarly situated tipped employees pray for judgment against Defendants as follows:

A.     judgment in the amount of the owed minimum wages for all time worked;

B.     liquidated damages in an amount equal to the amount of unpaid minimum wages;

C.     reasonable attorneys' fees and costs incurred in prosecuting this action; and

D.     such other and further relief as this Court deems just and proper.

JURY TRIAL DEMANDED.

Dated:  February 2, 2016

Respectfully submitted,

_____
One of the Attorneys for Plaintiffs

Douglas M. Werman
Zachary C. Flowerree
Werman Salas P.C.
77 West Washington, Suite 1402
Chicago, Illinois 60602
Phone: (312) 419-1008
Fax: (312) 419-1025

*Attorneys for Plaintiffs*

13

# EXHIBIT A

**indeed**
one search. all jobs.

Find Jobs    Find Resumes    Employers / Post Job        Upload your resume    Sign in

what: _____    where: **Fort Smith, AR** _____ [ Find Jobs ]   Advanced Job Search
job title, keywords or company            city, state, or zip

## Restaurant Manager - Fort Smith Area

Buffalo Wild Wings - Fort Smith, AR

**Buffalo Wild Wings Grill & Bar®** is one of the fastest growing restaurant concepts in North America. Our restaurants offer a full service sports bar where you can bring the entire family to have a fun and exciting time watching your favorite team, playing trivia and enjoying great food. Our menu features our famous wings with your choice of our signature sauces, seasonings,and up to 30 beers on tap.

If you're a high-energy team player with at least 2 years of restaurant manager or shift leader experience in an environment with a full service bar, and want to get in on the ground floor of a high energy, fast growing concept, we want to hear from you!

**Some of the benefits of working at Buffalo Wild Wings:**

- Salary Based on Experience
- Bonus Program
- Tremendous Opportunity for Career Growth
- Great Team-oriented Work Atmosphere

The Howard Group is a franchisee of Buffalo Wild Wings, Inc.and an equal opportunity employer.www.buffalowildwings.com

| Buffalo Wild Wings | BW3 | BDubs | BuffaloWildWings | Bar | Casual Dining | Restaurant | restaurant manager | manager | restaurant job | restaurant employment | restaurant careers | restaurant management jobs | restaurant manager jobs | Restaurant manager careers | restaurant management job | restaurant management jobs | restaurant managers | FOH manager | restaurant management | restaurant management careers | restaurant management | manager | assistant manager | restaurants | dining | management | Service Manager | Server Manager | Assistant Restaurant Manager |

Required experience:

- Restaurant Manager: 2 years

23 days ago - save job

### » Apply Now

Please review all application instructions before applying to Buffalo Wild Wings.

[ Apply Now ]

**» Apply Now**

Please review all application instructions before applying to Buffalo Wild Wings.

[ Apply Now ]

---

**Recommended Jobs**

**Assistant Store Manager**
GNC - General Nutrition Centers - Fort Smith, AR
GNC - 24 days ago

**Chili's Grill & Bar, Ft. Smith, ARK Restauran...**
Brinker International - Fort Smith, AR
Brinker International - 8 days ago

**Restaurant Manager**
Taco Bell - Fort Smith, AR
Indeed - 30+ days ago
Easily apply

**»See more recommended jobs** - 8 new

Jobs - Salaries - Trends - Forums - Browse Jobs - Tools - API - About - Help Center

©2016 Indeed - Cookies, Privacy and Terms

.

Find Jobs    Find Resumes    Employers / Post Job                                                    Upload your resume    Sign in

**indeed**(R)    | what:                                    | where:
one search. all jobs.    | Buffalo Wild Wings Franchisee            | Little Rock, AR                  | Find Jobs |   Advanced Job Search
          | job title, keywords or company            | city, state, or zip

## Server, Cashier, Host
**Buffalo Wild Wings**    2,265 reviews - Little Rock, AR

Buffalo Wild Wings in West Little Rock is currently searching for high energy, great attitude
team members to add to our front of house staff (servers/hosts/cashiers). If you enjoy sports,
a fun atmosphere, and great people, this is the place for you.

Stop by our store and apply Mon-Fri between 2-4PM. Ask for Kyle!
Some of the benefits of working at Buffalo Wild Wings: - Tremendous Opportunity for Career
Growth - Great Team-oriented Work Atmosphere
APPLY IN THE STORE
The Howard Group is a franchisee of Buffalo Wild Wings, Inc. and an equal opportunity
employer. www.buffalowildwings.com

- Principals only. Recruiters, please don't contact this job poster.
- do NOT contact us with unsolicited services or offers

20 days ago - save job

## » Apply Now
Please review all application instructions before applying to Buffalo Wild Wings.

Apply Now

### Recommended Jobs
**Resident Assistant (Volunteer Position)**
Immerse Arkansas - Little Rock, AR
Indeed - 15 days ago
Easily apply

**server**
Thirst N' Howl Bar & Grill - Little Rock, AR
Indeed - 15 days ago
Easily apply

**PT Sales Merchandiser - Maumelle, AR**
Anderson Merchandisers - Maumelle, AR
Anderson Merchandisers - 13 days ago
Easily apply

**Donation Processor**
Strategic IT Staffing - Little Rock, AR
Indeed - 14 days ago
Easily apply

## » Apply Now
Please review all application instructions
before applying to Buffalo Wild Wings.

Apply Now



Follow    Get job updates from Buffalo
          Wild Wings

About this company

**Buffalo Wild Wings**
2,265 reviews
It all started in 1982 with one restaurant in
Columbus, OH. Since then we've grown to
have a store in every state in the U.S. and...

Jobs - Salaries - Trends - Forums - Browse Jobs - Tools - API - About - Help Center
©2016 Indeed - Cookies, Privacy and Terms

Start a new search

 CAREERBUILDER™



# Restaurant Manager

Buffalo Wild Wings Franchisee   ●   Tulsa, OK   ●   1/25/2016

☆ Save Job     ✉ Email     ⚠ Report

[ Apply Now ]

## Job Snapshot

| | |
|---|---|
| Employment Type | Full-Time |
| Job Type | Restaurant - Food Service, Hospitality - Hotel |
| Education | Not Specified |
| Experience | Not Specified |
| Manages Others | Not Specified |
| Industry | Food |
| Required Travel | Not Specified |
| Job ID | 16010894 / 088 |

## Job Description

**Buffalo Wild Wings Grill & Bar®** is one of the fastest growing restaurant concepts in North America. Our restaurants offer a full service sports bar where you can bring the entire family to have a fun and exciting time watching your favorite team, playing trivia and enjoying great food. Our menu features our famous wings with your choice of our signature sauces, seasonings, and up to 30 beers on tap.

**Restaurant Manager**

If you're a high-energy team player with at least 2 years of restaurant manager or shift leader experience in an environment with a full service bar, and want to get in on the ground floor of a high energy, fast growing concept, we want to hear from you!

**Multiple new Oklahoma City metro area locations opening in the near future.**

**Some of the benefits of working at Buffalo Wild Wings:**

- Salary Based on Experience
- Bonus Program
- Tremendous Opportunity for Career Growth
- Great Team-oriented Work Atmosphere

**For experienced and qualified candidates:**

- Up to a 50k starting Salary
- Relocation Expenses
- 3k Sign on Bonus after 90 days

The Howard Group is a franchisee of Buffalo Wild Wings, Inc.
and an equal opportunity employer. www.buffalowildwings.com

# Job Requirements

Restaurant | restaurant manager | manager | restaurant job | restaurant employment | restaurant careers | restaurant management jobs | restaurant manager jobs | Restaurant manager careers | restaurant management job | restaurant management jobs | restaurant managers | FOH manager | restaurant management | restaurant management careers | restaurant management | manager | assistant manager | restaurants | dining | management | Service Manager | Server Manager | assistant Restaurant Manager | Buffalo Wild Wings | BW3 | BDubs | BuffaloWildWings | Bar | Casual Dining

Collapse Job Details

```
Apply Now
```

# SIMILAR JOBS

**Project Manager II**
River Spirit Casino

SUMMARY Plan, implement, control and evaluate projects according to strict ...

**Operations Mananger**
Kuehne + Nagel

The Operations Manager is responsible for managing all Air Freight, Sea Fre...

**Quality Assurance Manager**
National Standard

Develop and control processes, practices and inspection procedures to ensur...

**Manufacturing Operations Supervisor**
Navistar

Overview: IC Bus, LLC is North America's largest integrated manufacturer of...

**Project Engineer/ Project Manager**
Barry Wehmiller Design Group

Introduction: Design Group is a leading engineering, systems integration, a...



**CAREERBUILDER TIP:**

*For your privacy and protection, when applying to a job online, never give your
social security number to a prospective employer, provide credit card or bank
account information, or perform any sort of monetary transaction. Learn more.*

*By applying to a job using CareerBuilder.com you are agreeing to comply with and*

*be subject to the CareerBuilder.com Terms and Conditions for use of our website.*

*To use our website, you must agree with the Terms and Conditions and both meet*

*and comply with their provisions.*

# EXHIBIT B

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A
## COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

By my signature below I represent to the Court that I have been employed by **R Wings R Wild, LLC d/b/a Buffalo Wild Wings** or its parents, subsidiary or affiliated companies within the prior three (3) years, and in one or more of those weeks was not paid all minimum wages and/or overtime owed to me as required by 29 U.S.C. § 201 *et seq*. I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

My name is: _Paige Greenwell_____  (print your name)

Your signature: _Paige Greenwell_____

Date on which I signed this Notice: _11/11/2015_____
(today's date)

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A
## COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

By my signature below I represent to the Court that I have been employed by **The Howard Group, Conway Wild Wings, LLC, R Wings R Wild, LLC d/b/a Buffalo Wild Wings** or their parents, subsidiary or affiliated companies within the prior three (3) years, and in one or more of those weeks was not paid all minimum wages and/or overtime owed to me as required by 29 U.S.C. § 201 *et seq*. I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

My name is: _Zachary Fluker_ (print your name)

Your signature: _[signature]_

Date on which I signed this Notice: _11 19 15_
(today's date)