IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAIGE GREENWELL and ZACHARY FLUKER,
on behalf of themselves and all other persons
similarly situated, known and unknown                          PLAINTIFFS

v.                              No. 4:15-cv-742-DPM

R WINGS R WILD LLC; CONWAY WILD WINGS
LLC; NORTH LITTLE ROCK WILD WINGS LLC; and
JEROMY HOWARD                                                  DEFENDANTS

ORDER

Group Fair Labor Standards Act cases generally have two steps: conditional certification of a collective action and final certification. Notice comes after conditional certification. *Love v. Retzer LLC*, 2014 WL 11081012 at *1 (E.D. Ark. 2014). The Court applauds the parties' seeming agreement, № 30; but the Court must make an independent judgment. Motion for conditional certification due by 23 May 2016.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 May 2016