IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAIGE GREENWELL and ZACHARY FLUKER,
on behalf of themselves and all other persons
similarly situated, known and unknown                                      PLAINTIFFS

v.                          No. 4:15-cv-742-DPM

R WINGS R WILD LLC; CONWAY WILD WINGS
LLC; NORTH LITTLE ROCK WILD WINGS LLC;
JEROMY HOWARD; FORT SMITH FIERY HOT
LLC; JONESBORO WINGS LLC; WINGIT LLC;
I-40 WINGS LLC; EDMOND WINGS LLC;
RWINGS ROCK LLC; TULSA WINGS LLC;
SHAWNEE WINGS LLC; MIDDELWINGS LLC;
WILD WINGS WEST LLC; OWASSO WINGS LLC;
YUKON WINGS LLC; NORMAN WINGS LLC;
and STILLWATER WINGS LLC                                                   DEFENDANTS

ORDER

Joint reports, № 74, 76 & 79, noted. The Court will hold a ninety-minute hearing on these issues at 9:00 a.m. on 10 February 2017 in courtroom B155 of the Richard S. Arnold Courthouse in Little Rock. Defendants should bring their employee most knowledgeable about the Aloha system and record production so far. The Court needs some focused testimony — no more than ten minutes a side. The other mentioned discovery disputes should be presented in one more joint report by 31 January 2017. No depositions until after the hearing.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 January 2017