IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAIGE GREENWELL and ZACHARY FLUKER,
on behalf of themselves and all other persons
similarly situated, known and unknown          PLAINTIFFS

v.                    No. 4:15-cv-742-DPM

R WINGS R WILD LLC; CONWAY WILD WINGS
LLC; NORTH LITTLE ROCK WINGS LLC;
JEROMY HOWARD; FORT SMITH FIERY HOT LLC;
JONESBORO WINGS LLC; WINGIT LLC; I-40
WINGS LLC; EDMOND WINGS LLC; RWINGS
ROCK LLC; TULSA WINGS LLC; SHAWNEE
WINGS LLC; MIDDELWINGS LLC; WILD WINGS
WEST LLC; OWASSO WINGS LLC; YUKON
WINGS LLC; NORMAN WINGS LLC;
and STILLWATER WINGS LLC                       DEFENDANTS

ORDER

The Court appreciates the parties' joint report, № 102. All material things considered, the Defendants have made a sufficient, albeit unsuccessful, effort to get the data in the format Greenwell and Fluker want. FED. R. CIV. P. 26(b)(1). Plaintiffs are free to pursue targeted third-party discovery about the time-lapse data—at plaintiffs' own expense. But the Court encourages everyone to make do with what's in hand.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

12 April 2017