# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

PAIGE GREENWELL and ZACHARY FLUKER,
on behalf of themselves and all other persons
similarly situated, known and unknown     PLAINTIFFS

v.                 No. 4:15-cv-742-DPM

R WINGS R WILD LLC; CONWAY WILD WINGS
LLC; NORTH LITTLE ROCK WINGS LLC;
JEROMY HOWARD; FORT SMITH FIERY HOT LLC;
JONESBORO WINGS LLC; WINGIT LLC; I-40
WINGS LLC; EDMOND WINGS LLC; RWINGS
ROCK LLC; TULSA WINGS LLC; SHAWNEE
WINGS LLC; MIDDELWINGS LLC; WILD WINGS
WEST LLC; OWASSO WINGS LLC; YUKON
WINGS LLC; NORMAN WINGS LLC;
and STILLWATER WINGS LLC     DEFENDANTS

## ORDER

The motion to reconsider, № 125, which asks the Court to address the admissibility of Patricia Slate's testimony for the third time, is denied.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

8 September 2017