IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAIGE GREENWELL and ZACHARY FLUKER,
on behalf of themselves and all other persons
similarly situated, known and unknown　　　　　　　　PLAINTIFFS

v.　　　　　　　　No. 4:15-cv-742-DPM

HOWARD GROUP; R WINGS R WILD LLC;
CONWAY WILD WINGS LLC; NORTH
LITTLE ROCK WINGS LLC; JEROMY HOWARD;
FORT SMITH FIERY HOT LLC; JONESBORO
WINGS LLC; WINGIT LLC; I-40 WINGS LLC;
EDMOND WINGS LLC; RWINGS ROCK LLC;
TULSA WINGS LLC; SHAWNEE WINGS LLC;
MIDDELWINGS LLC; WILD WINGS WEST
LLC; OWASSO WINGS LLC; YUKON WINGS
LLC; NORMAN WINGS LLC; and
STILLWATER WINGS LLC　　　　　　　　　　　　　　DEFENDANTS

## JUDGMENT

The second amended complaint is dismissed with prejudice. The Court retains jurisdiction to oversee the settlement and resolve any issues that arise under it.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 March 2018