IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAIGE GREENWELL and ZACHARY FLUKER,
on behalf of themselves and all other persons
similarly situated, known and unknown                    PLAINTIFFS

v.                    No. 4:15-cv-742-DPM

R WINGS R WILD LLC; CONWAY WILD WINGS
LLC; NORTH LITTLE ROCK WINGS LLC;
JEROMY HOWARD; FORT SMITH FIERY HOT LLC;
JONESBORO WINGS LLC; WINGIT LLC; I-40
WINGS LLC; EDMOND WINGS LLC; RWINGS
ROCK LLC; TULSA WINGS LLC; SHAWNEE
WINGS LLC; MIDDELWINGS LLC; WILD WINGS
WEST LLC; OWASSO WINGS LLC; YUKON
WINGS LLC; NORMAN WINGS LLC;
and STILLWATER WINGS LLC                                 DEFENDANTS

ORDER

1.     The Court grants the joint motion to approve the settlement agreement, № 154. All material things considered, the proposed settlement, № 155-1, is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–54 (11th Cir. 1982). It makes the group members whole for their alleged unpaid wages, plus liquidated damages in an equal amount. The net settlement fund pays, on average, several hundred dollars in compensatory damages to each group member. There's also money for class counsel's attorney's fees and reasonable litigation expenses, the settlement administrator's fees,

the named Plaintiffs' service awards, and awards for the fourteen opt-in Plaintiffs who gave depositions. The settlement fund appropriately covers these amounts. Group members are releasing all state and federal wage-related claims. Greenwell and Fluker are releasing all possible employment-related claims. That's fine given the larger payments to them.

2. The Court creates a settlement fund of $490,000. Analytics, Inc., is appointed as settlement administrator. The fund is allocated as follows:

- $141,637.92 as a net settlement fund, to be distributed to the group members on a *pro rata* basis using the formula described in section 4(d) of the proposed settlement, № 155-1 at 7–9;*

- $274,606.81 in class counsel's attorney's fees. The figure is large, but fair. First, the case was contentious — hard fought from both sides. The parties' many disputes generated lots of lawyer time in what was already a big case. Second, the Werman Salas firm's rates are high; and the Sanford firm's are a bit high. But, measured against an unadjusted lodestar amount, the fee part of the settlement represents

---

* There's a typo in the first line of page 9 of the settlement agreement, № 155-1 at 9. Section 4(d)(v) is a phantom section. The calculation should be done in general subject to 4(d).

approximately 23% of the time spent. Third, counsel must oversee settlement administration but aren't getting any more fees for doing so. Fourth, the Court has reviewed counsel's timesheets and presided over this litigation for more than two years. All material things considered, the approximately $275,000 in fees is reasonable for all the work done and the good result obtained for current and former employees;

- $15,000 to pay Paige Greenwell and Zachary Fluker for their services as the named Plaintiffs. They'll each get $7,500, in addition to their member's share of the settlement fund;

- $3,500 to pay the fourteen opt-in Plaintiffs who gave depositions. They'll each get $250, in addition to their member's share of the settlement fund;

- $51,796.27 in litigation expenses to reimburse class counsel. Those were paid out of pocket, and the amounts are reasonable; and

- $3,459 in administration costs from Analytics.

\* \* \*

Joint motion, № 154, granted. The Defendants must deposit $490,000 into a settlement account, which will be controlled by Analytics, Inc., the administrator. Analytics will oversee disbursement of the settlement fund to pay the group members, attorney's fees,

service awards, litigation expenses, and administration costs. Judgment will be entered, with jurisdiction retained to oversee the settlement. Joint report on settlement administration due by 1 September 2018.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 March 2018